**LINK:**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1040 GAF (Ex) | Date | June 8, 2012 |
|---|---|---|---|
| Title | E. G. et al. v. Starwood Hotels and Resorts Worldwide, Inc. et al. | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Karen Park | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**          **(In Chambers)**

## ORDER TO SHOW CAUSE RE: GUARDIAN AD LITEM

This Court previously appointed E.G.'s parent as guardian ad litem in this case. However, having more closely reviewed the complaint, and having conducted a Rule 26(f) scheduling conference, the Court is concerned that a conflict of interest may exist. Case law teaches that, where the guardian and the child are potential claimants to the same settlement fund, the parent's interest are potentially in conflict with the child's. See Garrick v. Weaver, 888 F.2d 687, 693 (10th Cir. 1989). Where the Court identifies a potential conflict, it has a legal obligation to consider whether a minor's (or incompetent's) interests are adequately protected. See United States v. 30.64 Acres of Land, 795 F.2d 796, 805 (9th Cir. 1986).

Accordingly, Plaintiffs are ORDERED TO SHOW CAUSE either why no conflict exists in this case or why the Court should permit the current guardian ad litem to continue in that capacity despite the existence of the conflict. Plaintiffs are ordered to respond to this OSC no later than the close of business on Friday, June 22, 2012.

**IT IS SO ORDERED.**