JS-6

FILED
CLERK, U.S. DISTRICT COURT
FEB -7 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PANISH SHEA & BOYLE LLP
BRIAN J. PANISH, State Bar No. 116060
  panish@psblaw.com
PATRICK GUNNING, State Bar No. 280457
  gunning@psblaw.com
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
Telephone: 310.477.1700
Facsimile: 310.477.1699

Attorneys for Plaintiffs.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| E.G., a minor, by and through her Guardian ad Litem, TOVA SHARONI; E.G., a minor, by and through her Guardian ad Litem, TOVA SHARONI; MICHELLE GRIMBERG; and GUY GRIMBERG,<br><br>Plaintiffs,<br><br>v.<br><br>STARWOOD HOTELS & RESORTS WORLDWIDE, INC. and THE WESTIN RESORT & SPA, LOS CABOS, STARWOOD LOS CABOS S DE R.L. DE C.V. and HOTELES SHERATON S DE RL DE CV<br><br>Defendants. | Case No. CV 12-1040 GAF (Ex)<br><br>[Complaint filed 03/21/12]<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>AND ORDER<br><br>Crtrm: 740<br>Judge: Hon. Gary A. Feess |

  IT IS HEREBY STIPULATED by and between Plaintiffs, by their attorney, Patrick Gunning of Panish Shea & Boyle, LLP, and Defendants, STARWOOD HOTELS & RESORTS WORLDWIDE, INC. and THE WESTIN RESORT & SPA, LOS CABOS, STARWOOD LOS CABOS S DE R.L. DE C.V. and HOTELES SHERATON S DE RL DE CV, by their attorney, David M. Samuels of Michelman

///

& Robinson, LLP, that the above-referenced action, pursuant to its resolution, shall be dismissed with prejudice.

DATED: November 15, 2013          PANISH SHEA & BOYLE LLP

By: _____
Patrick Gunning
Attorneys for Plaintiffs.

DATED: November 25, 2013          MICHELMAN & ROBINSON

By: _____
David M. Samuels
Attorneys for Defendants

IT IS SO ORDERED
Dated _____

_____
United States District Judge

PANISH SHEA & BOYLE LLP
11111 Santa Monica Boulevard, Suite 700
Los Angeles, California 90025
310.477.1700 phone • 310.477.1699 fax

2
STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

# CERTIFICATE OF SERVICE
## FRCivP 5(b)

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause.

On February 5, 2014, I served true copies of **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** by delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(b): **SEE ATTACHED LIST OF PARTIES SERVED**

☒ **by CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

by placing the document(s) listed above in a sealed envelope or box with overnight delivery fees paid, via FEDERAL EXPRESS overnight delivery service at Santa Monica, California, addressed as set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

by **MESSENGER SERVICE:** I provided such document(s) to a professional messenger service for service.

I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

I am readily familiar with the firm's practice for collection and processing of correspondence for mailing and that all correspondence will be deposited with the U.S. Postal Service the same day during the ordinary course of business.

☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

Executed February 5, 2014, at Los Angeles, California.

*Camilla DeSimone* (signature)

Camilla DeSimone

# SERVICE LIST

David M. Samuels, Esq.
dsamuels@mrllp.com
Marc R. Jacobs, Esq.
mjacobs@mrllp.com
Lara A. Shortz
lshortz@mrllp.com
MICHELMAN & ROBINSON, LLP
15760 Ventura Boulevard, Fifth Floor
Encino, CA 91436
Tel: (818) 783-5530
Fax: (818) 783-5507